**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                          RE:    Koren TURNER
                                   Docket Number:  2:02CR00169-01
                                   <u>**REQUEST TO DISMISS PETITION FOR
                                   WARRANT OR SUMMONS FOR OFFENDER
                                   UNDER SUPERVISION**</u>

Your Honor:

A Petition for Warrant or Summons for Offender Under Supervision dated August 4, 2005, alleging a violation of probation was filed. The petition alleged the offender failed to make restitution payments, as directed by the probation officer.  The offender appeared before Your Honor on August 31, 2005, at which time the matter was continued to December 14, 2005.  Prior to that date, the matter was continued to February 16, 2006.  The matter was continued to allow the offender the opportunity to comply with her financial obligations.  On December 2, 2005, Ms. Turner paid off her restitution in full.

Due to the aforementioned information, we are requesting that the petition dated August 4, 2005, be dismissed and the court hearing calendared for February 16, 2006, be vacated.

                            Respectfully submitted,

                           /s/   Cynthia J. Mazzei

                            **CYNTHIA J. MAZZEI
                            United States Probation Officer**

Dated:       February 6, 2006
               Sacramento, California
               CJM:jz

**REVIEWED BY:**    /s/   Kyriacos M. Simonidis
                          **KYRIACOS M. SIMONIDIS
                          Supervising United States Probation Officer**

Re:   Koren TURNER
      Docket Number:   2:02CR00169-01
      **REQUEST TO DISMISS PETITION FOR WARRANT**
      **OR SUMMONS FOR OFFENDER UNDER SUPERVISION**

Attachment(s)      Presentence Report

cc:   S. Robert Tice-Raskin
      Assistant United States Attorney

      Mary French
      Defense Counsel

---

AGREE: X

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATE:  February 9, 2006